**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Assunta Pasquale, by and through her next best friend and daughter, Janine Sansotta,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>Renaissance West, LLC; et al.,<br><br>　　　　　Defendants. | No. CV 12-2559-PHX-JAT<br><br>**ORDER** |

The Court has reviewed the amended notice of removal (Doc. 10) and finds jurisdiction to have been alleged. Accordingly, IT IS ORDERED that the Court will take no further action regarding jurisdiction without prejudice to Plaintiff raising any jurisdictional issues she deems appropriate.

DATED this 11th day of January, 2013.

*/s/ James A. Teilborg*
James A. Teilborg
United States District Judge